THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL E. STANTON, Appellant. [817 NYS2d 558]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, J.), rendered December 9, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree (Penal Law § 220.31). The valid waiver by defendant of the right to appeal encompasses his contention concerning the severity of the sentence (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Although the further contention of defendant that he was denied his constitutional right to a speedy trial survives both the waiver of the right to appeal and the guilty plea (*see People v Campbell*, 97 NY2d 532, 535 [2002]; *People v Taylor*, 65 NY2d 1, 5 [1985]), that contention is lacking in merit (*see generally People v Taranovich*, 37 NY2d 442, 444-445 [1975]). Present—Scudder, J.P., Kehoe, Smith, Pine and Hayes, JJ.